**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **HOSPITAL HOUSEKEEPING SYSTEMS, LLC** | § § § § | |
| **v.** | § § | **CASE NO. 1:19-CV-514-RP** |
| **GEMINI INSURANCE COMPANY** | § | |

**NOTICE OF SETTLEMENT**

COME NOW, Hospital Housekeeping Systems, LLC, the plaintiff herein, and Gemini Insurance Company, the defendant herein, and notify the Court that the parties have reached a settlement agreement that will result in a full and final release and dismissal with prejudice of all claims and causes of action asserted in this lawsuit. The parties request thirty days to file a joint stipulation of dismissal and proposed order of dismissal and final judgment in order to afford the parties sufficient time to effectuate a full and final release and dismissal with prejudice of all claims asserted in this lawsuit.

[SIGNATURE BLOCKS ON NEXT PAGE]

Respectfully submitted,

/s/ James A. Schuelke (by permission)
Brandon T. Allen
State Bar No. 24009353
James A. Schuelke (Admitted Pro Hac Vice)
State Bar No. 24075037
jschuelke@hoganthompson.com
HOGAN THOMPSON, LLP
801 Travis St., Suite 1330
Houston, TX 77002
(713) 671-5699

ATTORNEYS FOR PLAINTIFF,
HOSPITAL HOUSEKEEPING
SYSTEMS, LLC


ORGAIN BELL & TUCKER, LLP
P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile

/s/ Greg C. Wilkins
Greg C. Wilkins
Attorney-in-charge
State Bar No. 00797669
gcw@obt.com
Joshua Mullin
State Bar No. 24110142
jmullin@obt.com

ATTORNEYS FOR DEFENDANT,
GEMINI INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

    I do hereby certify that on the 14th of September, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

                                /s/ Greg C. Wilkins
                                Greg C. Wilkins