**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **HOSPITAL HOUSEKEEPING** § | |
| **SYSTEMS, LLC** § | |
| § | |
| **v.** § | **CASE NO. AU:19-CV-00514-RP** |
| § | |
| **GEMINI INSURANCE COMPANY** § | |

**JOINT STIPULATION OF DISMISSAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, Hospital Housekeeping Systems, LLC, the plaintiff herein, and Gemini Insurance Company, the defendant herein, and stipulate to the dismissal of all claims asserted in this lawsuit with prejudice to the re-filing of same. By virtue of this stipulation of dismissal, all claims and causes of action asserted in this lawsuit shall be dismissed with prejudice to the re-filing of same. This stipulation of dismissal is signed by counsel for all parties who have appeared in this lawsuit.

[SIGNATURE BLOCKS ON NEXT PAGE]

Respectfully submitted,

_____
James A. Schuelke (Admitted Pro Hac Vice)
State Bar No. 24075037
HOGAN THOMPSON, LLP
801 Travis St., Suite 1330
Houston, TX 77002
jschuelke@hoganthompson.com
Telephone: (713) 671-5699

ATTORNEYS FOR PLAINTIFF,
HOSPITAL HOUSEKEEPING
SYSTEMS, LLC


ORGAIN BELL & TUCKER, LLP
P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile

/s/ Greg C. Wilkins_____
Greg C. Wilkins
Attorney-in-charge
State Bar No. 00797669
gcw@obt.com
Joshua Mullin
State Bar No. 24110142
jmullin@obt.com

ATTORNEYS FOR DEFENDANT,
GEMINI INSURANCE COMPANY

2

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 27th of October, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

/s/ Greg C. Wilkins
Greg C. Wilkins
